# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: ddunninge | Date Created: 6/15/2018 |
| Case: 8−18−74080−las | Form ID: 761 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr          Kenneth P Silverman          efilings@spallp.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Tracy Ann Morano−Wisch          125 Gun Lane          Levittown, NY 11756
smg          United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560
          Federal Plaza          Central Islip, NY 11722−4437

TOTAL: 2