# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: ddunninge | Date Created: 6/15/2018 |
| Case: 8–18–74080–las | Form ID: 245 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
tr          Kenneth P Silverman     efilings@spallp.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db       Tracy Ann Morano–Wisch   125 Gun Lane   Levittown, NY 11756
- smg     NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205
- smg     NYS Unemployment Insurance   Attn: Isolvency Unit   Bldg. #12, Room 256   Albany, NY 12240
- smg     NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201–3719
- smg     United States Trustee   Office of the United States Trustee   Long Island Federal Courthouse   560 Federal Plaza   Central Islip, NY 11722–4437
- 9293635   Bank of America Building   One Bryant Park   1111 6th Avenue   New York, NY 10036
- 9293636   Bank of America Corporate Center   Attn: BAC Escalated Case Unit   P.O. Box 940508   Simi Valley, CA 93094–0508
- 9293633   Bank of America Corporation   100 N. Tryon St.   Charlotte, NC 28255
- 9293634   Bank of America Tower   New York, NY 10036

TOTAL: 9