# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: ddunninge | Date Created: 6/15/2018 |
| Case: 8−18−74080−las | Form ID: 309A | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tracy Ann Morano−Wisch | 125 Gun Lane    Levittown, NY 11756 |
| tr | Kenneth P Silverman | Silverman Acampora LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 |
| 9293635 | Bank of America Building | One Bryant Park    1111 6th Avenue    New York, NY 10036 |
| 9293636 | Bank of America Corporate Center | Attn: BAC Escalated Case Unit    P.O. Box 940508    Simi Valley, CA 93094−0508 |
| 9293633 | Bank of America Corporation | 100 N. Tryon St.    Charlotte, NC 28255 |
| 9293634 | Bank of America Tower | New York, NY 10036 |

TOTAL: 10