United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 18-74080-las
Tracy Ann Morano-Wisch                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8          User: sdolan          Page 1 of 1          Date Rcvd: Jul 16, 2018
                              Form ID: 273          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
db              +Tracy Ann Morano-Wisch,    125 Gun Lane,    Levittown, NY 11756-1141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
    Kenneth P Silverman    efilings@spallp.com,   ksilverman@ecf.epiqsystems.com
    United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                              TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tracy Ann Morano–Wisch** | Social Security number or ITIN **xxx–xx–5590** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter **7   6/15/18** |
| Case number:   **8–18–74080–las** | | |

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice Required by 11 U.S.C. §342(b) of the Bankruptcy Code for Individuals Filing for Bankruptcy (Official Form 2010) – Part 7 of Voluntary Petition Not Signed
- ☑ Schedule A/B
- ☑ Schedule D
- ☑ Schedule E/F
- ☐ Schedule I
- ☐ Schedule J
- ☑ Statement of Financial Affairs
- ☑ Statement of Your Current Monthly Income and Means Test Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: July 16, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521a3.jsp** [Final Deficiency Notice rev. 02/01/17]