# Notice Recipients

District/Off: 0207–8         User: cmoffett         Date Created: 7/31/2018
Case: 8–18–74080–las         Form ID: 274          Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tracy Ann Morano–Wisch    125 Gun Lane    Levittown, NY 11756 | |
| tr | Kenneth P Silverman    Silverman Acampora LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | NYS Unemployment Insurance    Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201–3719 | |
| smg | United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722–4437 | |
| 9293635 | Bank of America Building    One Bryant Park    1111 6th Avenue    New York, NY 10036 | |
| 9293636 | Bank of America Corporate Center    Attn: BAC Escalated Case Unit    P.O. Box 940508    Simi Valley, CA 93094–0508 | |
| 9293633 | Bank of America Corporation    100 N. Tryon St.    Charlotte, NC 28255 | |
| 9293634 | Bank of America Tower    New York, NY 10036 | |
| 9296815 | Capital One Auto Finance, a division of Capital On    AIS Portfolio Services, LP    4515 N Santa Fe Ave.    Dept. APS    Oklahoma City, OK 73118 | |

TOTAL: 11